Joshua B. Swigart (SBN 225557)
Katherine A. Tuohy (SBN 353967)
*josh@swigartlawgroup.com*
*katherine@swigartlawgroup.com*
**SWIGART LAW GROUP, APC**
2221 Camino Del Rio S., Suite 308
San Diego, CA  92108
Tel: (866) 219-3343; Fax: (866) 219-8344

Ben Travis (SBN 305641)
*ben@bentravislaw.com*
**BEN TRAVIS LAW, APC**
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
Phone: (619) 353-7966

*Attorneys for Plaintiffs
and the putative class*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIKA FLORES, an individual; SARAH GARNER, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE COMPUTER MERCHANT, LTD.,<br><br>　　　　　　　Defendant. | Case No. 3:25-cv-00038-AJB-DEB<br><br>**NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION** |

**NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION**

PLEASE TAKE NOTICE that as of the date of this filing, Plaintiff has not received any opposition to Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement which was noticed for hearing on February 26, 2026 at 2:00 P.M. in Courtroom 4A.

Pursuant to the Court's Order any response was due on or before January 5, 2026. Despite the passage of that deadline, no response or opposition has been filed on the docket, nor has any response or opposition been served on Plaintiff's counsel. Plaintiff files this Notice to inform the Court of the non-receipt of any response or opposition and to preserve the record.

Dated: January 16, 2026                SWIGART LAW GROUP, APC

By: /s/ Joshua B. Swigart
    Katherine Tuohy
    Joshua Swigart

Attorneys for Plaintiffs


Dated: January 16, 2026                BEN TRAVIS LAW, APC

By: /s/ Ben Travis
    Ben Travis

Attorney for Plaintiffs

**CERTIFICATION OF SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, the undersigned certifies that all signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized the filing of this document.

Dated: January 16, 2026             By: */s/ Joshua B. Swigart*
                                             Joshua B. Swigart