Joshua B. Swigart (SBN 225557)
*josh@swigartlawgroup.com*
**SWIGART LAW GROUP, APC**
2221 Camino Del Rio S., Suite 308
San Diego, CA 92108
Tel: (866) 219-3343; Fax: (866) 219-8344

Ben Travis (SBN 305641)
*ben@bentravislaw.com*
**BEN TRAVIS LAW, APC**
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
Phone: (619) 353-7966

Attorneys for Plaintiffs Erika Flores, Sarah Garner, and the putative class

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIKA FLORES, an individual; SARAH GARNER, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE COMPUTER MERCHANT, LTD.,<br><br>Defendants. | Case No. 3:25-cv-00038-AJB-DEB<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Anthony J. Battaglia<br>Date: July 9, 2026<br>Time: 10:00 AM<br>Location: Courtroom 4A |

**PLEASE TAKE NOTICE** that on **July 9, 2026 at 10:00 AM**, or as soon thereafter as the matter may be heard, at the United States District Court, Southern District of California located at 221 West Broadway, San Diego, California, 92101, before the Honorable Anthony J. Battaglia in Courtroom 4A, Plaintiffs Erika Flores and Sarah Garner ("Plaintiffs") will and hereby do move for an order granting final approval of a class action Settlement reached with Defendant The Computer Merchant, Ltd.

This notice and motion is made pursuant to Federal Rule of Civil Procedure 23(e) and on the grounds that the proposed Settlement is fair, reasonable and adequate and in the best interests of the class. The motion is unopposed by Defendant. This motion is based upon this notice and motion; the Memorandum of Points and Authorities submitted herewith; the Declarations of Ben Travis, Joshua Swigart and Simpluris, Inc. and any attached exhibits thereto; any supplemental declarations submitted prior to the hearing; the other records and pleadings filed in this action; and upon such other documentary and oral evidence or argument as may be presented to the Court at the hearing of this motion.

DATED: May 18, 2026 **BEN TRAVIS LAW, APC**

/s/ Ben Travis
Ben Travis
Attorneys for Plaintiff

DATED: May 18, 2026 **SWIGART LAW GROUP, APC**

/s/ Joshua B. Swigart
Joshua B. Swigart
Attorneys for Plaintiff

**CERTIFICATION OF SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, the undersigned certifies that all signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized the filing of this document.

DATED: May 18, 2026

**SWIGART LAW GROUP, APC**

/s/ Joshua B. Swigart
Joshua B. Swigart
Attorneys for Plaintiff