UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA FLORES, et al., Plaintiffs, v. THE COMPUTER MERCHANT, LTD, Defendant. | Case No.: 25-cv-00038-AJB-DEB **ORDER IN ADVANCE OF FAIRNESS HEARING** |

On July 9, 2026, the Court will hold a hearing on Plaintiffs' motion for final approval of class action settlement (Doc. No. 36) and motion for award of attorneys' fees, costs, and service awards (Doc. No. 35). For efficiency, the Court directs counsel to be prepared to:

1. Provide case law where similar administration costs have been approved under similar factual circumstances;
2. Provide an updated itemized invoice from Simpluris;
3. Address which administration costs remain to be incurred on the invoice; and
4. Address how the maximums for different documented losses were derived.

**IT IS SO ORDERED.**

Dated: July 8, 2026

Hon. Anthony J. Battaglia
United States District Judge